UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-CR-032-CHB

JAMERSON ANDREW CANNON,
    aka JAMESON CANNON, and
TYLER DOMINIC ROSS

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

On or about February 13, 2024, in Knox County, in the Eastern District of Kentucky, and elsewhere,

JAMERSON ANDREW CANNON,
aka JAMESON CANNON, and
TYLER DOMINIC ROSS

did conspire with each other and others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about February 13, 2024, in Knox County, in the Eastern District of Kentucky,

JAMERSON ANDREW CANNON,
aka JAMESON CANNON, and
TYLER DOMINIC ROSS,

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████
FOREPERSON

*/s/ Carlton S. Shier*
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### Counts 1 and 2:

Not less than 5 years and not more than 40 years of imprisonment, not more than $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.